UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KELLEY SPNB, INC. d/b/a CHARLES SEAFOOD & TYLER AVERY PROPERTIES** | * * * | CIVIL ACTION NO.: 2:23-cv-6567 |
| *Plaintiffs* | * * | JUDGE: SUSIE MORGAN |
| **Versus** | * * | MAGISTRATE: KAREN WELLS ROBY |
| **STATE FARM FIRE & CAS. INS. CO.** | * | |
| *Defendant* | | |

*************************************************************************

## CORPORATE DISCLOSURE STATEMENT

**MAY IT PLEASE THE COURT:**

Pursuant to Federal Rule of Civil Procedure 7.1, **KELLEY SPNB, INC. & TYLER AVERY PROPERTIES, LLC**, Plaintiff in the above-referenced matter, hereby submits the following Corporate Disclosure Statement:

1. **KELLEY SPNB, INC.** is a Louisiana corporation with its principal place of business in the State of Louisiana. **KELLEY SPNB, INC.** is a closely held corporation which is wholly owned by the Kelley family, all residents of River Ridge, Louisiana. **KELLEY SPNB, INC.** The officers of **KELLEY SPNB, INC,** Patricia Kelley, president, is a resident of River Ridge, Louisiana as well as Nathan Kelley, Vice- President, is a resident of River Ridge, Louisiana.
2. **TYLER AVERY PROPERTIES, LLC** is a Louisiana limited liability company with its principal place of business in the State of Louisiana. **TYLER AVERY PROPERTIES, LLC** is wholly owned by **SHAWN KELLEY** a resident of River Ridge, Louisiana and **PATRICIA KELLEY** a resident of River Ridge, Louisiana.

        **Respectfully submitted,**

        */s/ JOHN LOVE NORRIS, IV*

        **BRIAN KING, La.** Bar #24817
        **JASON GILES**, **La**. Bar #29211
        **JOHN LOVE NORRIS, IV, La.** Bar #35269
        The King Firm, LLC
        2912 Canal Street
        New Orleans, LA  70119
        Telephone:     (504) 909-5464
        Fax:               (800) 901-6470
        Email: bking@kinginjuryfirm.com

jnorris@kinginjuryfirm.com